**SET ASIDE AND REMAND; and Opinion Filed May 1, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00442-CV

### IN THE INTEREST OF M.B.S. AND C.A.S., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-56512-2013**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

Before the Court is the parties' joint motion in accordance with their settlement agreement. We grant the parties' motion and, pursuant to their agreement, we set aside the trial court's December 23, 2014 divorce decree and remand the case to the trial court for entry of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Ada Brown/
ADA BROWN
JUSTICE

150442F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.B.S. AND
C.A.S., CHILDREN

No. 05-15-00442-CV

On Appeal from the 199th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 199-56512-2013.
Opinion delivered by Justice Brown.
Chief Justice Wright and Justice Stoddart,
participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's December 23, 2014 divorce decree and **REMAND** this case to the trial court for entry of judgment in accordance with the parties' agreement.

We **ORDER** that the parties bear their own costs of this appeal.

Judgment entered this 1st day of May, 2015.